# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROL KLOSS, : No. 474 MAL 2014
:
          Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
     v. :
:
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (PPL), :
:
          Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.